TUCKER ELLIS & WEST LLP
LILLIAN C. MA - STATE BAR NO. 210103
LANCE D. WILSON – STATE BAR NO. 183852
135 Main Street, Suite 700
San Francisco, California 94105
Telephone: 415.617.2400
Facsimile: 415.617.2409

Attorneys for Defendant
CARRIER CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| WILLIE SCOTT AND PATRICIA SCOTT, | Case No. CV 10-4575 WHA |
|---|---|
| Plaintiffs, | AMENDED [~~PROPOSED~~] ORDER REMANDING CASE |
| v. | |
| AMERICAN STANDARD, INC., et al., | |
| Defendants. | |

Plaintiffs Willie Scott and Patricia Scott, and defendant Carrier Corporation, the removing defendant, stipulated to remand this case back to the Superior Court of the State of California for the County of Alameda.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: October 15, 2010.

_____
United States District Court Judge

1

[~~PROPOSED~~] ORDER REMANDING CASE
AMENDED

SFOiManage/011939/002863/193628/1